IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VALERIE RADTKE as trustee of the amended trust agreement The Alan M. Hart Revocable Trust; VALERIE RADTKE as personal representative of the Estate of Alan M. Hart; BRADLEY RADTKE; REX RADTKE; SALLY ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CV 19-42-M-DLC<br><br>ORDER |

Before the Court is Plaintiffs' Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a). (Doc. 9.) The Defendant has not yet "serve[d] either an answer or a motion for summary judgment," and the notice does not state that dismissal is with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i), (B).

Accordingly, IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of April, 2019.

Dana L. Christensen, Chief District Judge
United States District Court